1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCHAWN J. CRUZE,

                             Petitioner,

              v.

STATE OF WASHINGTON,

                             Respondent.

Case No.  C05-5744FDB

ORDER GRANTING I.F.P.
APPLICATION

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 1st day of December, 2005.

  _/s/ J. Kelley Arnold_____
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1